UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SEAN PHILLIP CHAMP and INMATES
OF HENDRY COUNTY JAIL,

    Plaintiffs,

v.                                                                        Case No.: 2:19-cv-264-FtM-38MRM

HENDRY COUNTY BOARD OF
COUNTY COMMISSIONERS,
FLORIDA, EMMA BYRD, DARRELL
HARRIS, MITCHELL WILLS,
MICHAEL SWINDLE and CARSON
TURNER,

    Defendants.
_____/

### **OPINION AND ORDER**[1]

Before the Court is Plaintiff Sean Phillip Champ's Motion for Leave to Appeal *In Forma Pauperis* (Doc. 8) filed on May 10, 2019. No response has been filed.

Under Rule 24(a) of the Federal Rules of Appellate Procedure, Petitioner's appeal is not taken in good faith and he will have to pay the $505.00 appellate filing and docketing fees. *See also McIntosh v. United State Parole Comm.*, 115 F.3d 809, 812 (10th Cir. 1997) (Petitioner must demonstrate "the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal."). Petitioner has identified

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

no meritorious issues to raise on appeal. Because the Court has certified this appeal is not taken in good faith, any request to proceed *in forma pauperis* should be sent directly to the Eleventh Circuit Court of Appeals. *See* Fed. R. App. P. 24(a)(5).

Accordingly, it is now

**ORDERED:**

Plaintiff Sean Phillip Champ's Motion for Leave to Appeal *In Forma Pauperis* (Doc. 8) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of June 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-2
Copies: All Parties of Record